*Messrs. John Weld Peck* and *Sol. Goodman* for petitioner. *Mr. Walter K. Sibbald* for respondent.

No. 178. GLOBE INDEMNITY CO. ET AL. *v.* UNITED STATES. October 11, 1937. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Horace S. Whitman* and *Washington Bowie, Jr.,* for petitioners. *Solicitor General Reed, Assistant Attorney General Whitaker,* and *Mr. Paul A. Sweeney* for the United States.

No. 180. CERTAIN-TEED PRODUCTS CORP. *v.* WALLINGER, TRUSTEE IN BANKRUPTCY, ET AL. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. John P. Buchanan* for petitioner. *Mr. Howard C. Gilmer* for respondents.

No. 183. OAKWOOD REALTY CO. ET AL. *v.* GULF PRODUCTION CO. ET AL. October 11, 1937. Petition for writ of certiorari to the Court of Civil Appeals, 9th Supreme Judicial District, of Texas, denied. *Mr. W. D. Gordon* for petitioners. *Messrs. H. L. Stone, John E. Green, Jr.,* and *J. H. Tallichet* for respondents.

No. 184. HAMMOND-KNOWLTON, ADMINISTRATRIX, *v.* HARTFORD CONNECTICUT TRUST CO., EXECUTOR. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William H. O'Hara* for petitioner. *Solicitor General*